FILED
2019 JAN 10 PM 2: 13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>LOGAN PATTEN,<br>aka "@SPARED,"<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR No. 19CR00015-GDW<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Tyler Barriss</u>, 2:18-cr-00733-PSG, which:

__X__     was previously assigned to the Honorable Philip S. Gutierrez;

_____     has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__     the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____     the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: January 9, 2019

GEORGE E. PENCE
Assistant United States Attorney